December 03, 2010

Mr. Douglas W. Alexander
Alexander Dubose & Townsend LLP
515 Congress Avenue, Suite 2350
Austin, TX 78701-3562
Ms. Sharon E. Callaway
Crofts & Callaway, P.C.
300 Austin Highway, Suite 120
San Antonio, TX 78209-5303

RE: Case Number: 06-0243
 Court of Appeals Number: 04-04-00180-CV
 Trial Court Number: 2000-CI-16664

Style: SOLAR APPLICATIONS ENGINEERING, INC.
 v.
 T.A. OPERATING CORPORATION

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.
(Justice Green not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Margaret G. |
| |Montemayor |
| |Mr. Richard Gary Thomas|
| | |
| |Mr. Keith E. Hottle |